

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00826-CV

Roger D. **EVANS**,
Appellant

v.

Annette **EVANS**,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2011-07-28218-CV
Honorable Camile Glasscock Dubose, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed: November 29, 2023

DISMISSED

On November 9, 2023, appellant's counsel filed a motion for leave to withdraw as counsel. *See* TEX. R. APP. P. 6.5. On the same day, appellant filed a motion to dismiss this appeal. The motion to dismiss is signed by appellant and his counsel and provides: "Appellant states that he no longer wishes to bring this appeal and has requested . . . counsel dismiss this appeal." Appellee has not opposed either motion. *See id.* R. 10.3(a). Therefore, we grant both motions and dismiss this appeal. *See id.* R. 42.1(a)(1). Costs of the appeal are taxed against appellant. *See id.* R. 42.1(d).

PER CURIAM